MARC N. BERNSTEIN (SBN 145837)
SARAH BOTZ (SBN 191006)
THE BERNSTEIN LAW GROUP
One Embarcadero Center, Suite 2440
San Francisco, CA  94111
Telephone: (415) 765-6633; Facsimile: (415) 283-4804
Email Address: mbernstein@blgrp.com

Attorneys for Defendants,
Lanera Textil, S.A. de C.V. and Dytex, S.A. de C.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| RENAISSANCE AMERICA, L.L.C., ) | Case No. C 05 04116 MMC |
| ) | |
|    Plaintiff, ) | **ORDER RE CASE MANAGEMENT** |
| ) |   **SCHEDULE** |
| vs. ) | |
| ) | |
| LANERA TEXTIL, S.A. de C.V., DYTEX, ) | |
| S.A. de C.V., AND DOES 1 through 20, ) | |
| inclusive, ) | |
| ) | |
|    Defendants. ) | |
| ) | |

     Plaintiff Renaissance America, L.L.C. and defendants Lanera Textil, S.A. de

C.V. and Dytex, S.A. de C.V. have stipulated to certain dates regarding the Case

Management Schedule.  Because the Court finds good cause exists for the stipulated

changes to the Case Management Schedule, the Court VACATES the case-

management dates in the Order Setting Initial Case Management Conference filed on

October 12, 2005, and now adopts the following schedule as the new Case

Management Schedule:

1

1. February 3, 2006, shall be the last day for the parties to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan;

2. February 3, 2006, shall be the last day for the parties to file the Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference;

3. February 17, 2006, shall be the last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve a Joint Case Management Statement, and file/serve Rule 26(f) Report;

4. The initial Case Management Conference in this action shall be held on February 24, 2006, in Courtroom 7, 19th Floor, at 10:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 29, 2005

Honorable Maxine M. Chesney
United States District Court Judge