1  JUAN C. BASOMBRIO (SBN 150703)
   CHRISTY BERTRAM (SBN 222296)
2  DORSEY & WHITNEY LLP
   38 Technology Drive
3  Irvine, CA 92618
   Telephone: (949) 932-3600;
4  Facsimile:  (949) 932-3601;
   Email: bertram.christy@dorsey.com
5
   Attorneys for Plaintiff
6  RENAISSANCE AMERICA,
   L.L.C.
7
   MARC N. BERNSTEIN (SBN 145837)
8  SARAH BOTZ (SBN 191006)
   THE BERNSTEIN LAW GROUP
9  One Embarcadero Center, Suite 2400
   San Francisco, CA 94111
10 Telephone: (415) 765-6633;
   Facsimile:  (415) 283-4804
11 Email:  mbernstein@blgrp.com

12 Attorneys for Defendant DYTEX, S.A.
   de C.V. and Defendant and Counter-
13 claimant Lanera Textil, S.A. de C.V.

14                     UNITED STATES DISTRICT COURT

15                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

16 RENAISSANCE AMERICA, L.L.C.,            CASE NO:  C05-04116 MMC

17                 Plaintiff,              ORDER DENYING

18        v.                               **JOINT STIPULATION TO EXTEND
                                           MEDIATION COMPLETION DATE** ~~AND~~
19 LANERA TEXTIL, S.A. de C.V.; DYTEX,     ~~PROPOSED ORDER~~
   S.A. de C.V.; and DOES 1 through 20,
20 inclusive,

21                 Defendants.
   _____
22
   LANERA TEXTIL, S.A. de C.V.
23
                   Counter-claimant
24
          v.
25
   RENAISSANCE AMERICA, L.L.C.
26
                   Counter-defendant.
27
28

1  Plaintiff Renaissance American, LLC (hereinafter "Plaintiff") and Defendants Lanera
2  Textil, S.A. de C.V. and Dytex, S.A. de C.V. (hereinafter collectively "Defendants") hereby
3  respectfully submit this joint stipulation to extend the mediation completion date in this matter.

4  The mediation completion date in this matter was previously set for May 29, 2006.
5  Pursuant to ADR Local Rule 6-6, the parties participated in a joint phone conference with the
6  mediator, Gregory F. Wilson, on May 17, 2006.  At which time, the parties reserved the date of
7  June 7, 2006 to mediate this matter.  In hopes of settling this matter at mediation the parties
8  agreed to hold discovery until after completion of the mediation.

9  Thereafter, counsel for Plaintiff learned of a scheduling conflict with the mediation date
10 and requested a continuance of the mediation until Wednesday, July 12, 2006.  The mediator has
11 agreed to a continuance of the mediation until July 12, 2006.  Defendants have agreed to a
12 continuance of the mediation until July 12, 2006 on the condition that other scheduled dates in
13 this case, particularly the discovery deadline, motion cut-off, and the trial, may need to be
14 continued 30-60 days in light of the hold on discovery.  Plaintiff's counsel has agreed to such a
15 continuance and will work with counsel for Defendants to submit a joint stipulation to continue
16 those dates.

17 **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned
18 counsel and subject to the approval of the Court, that the time by which the parties must complete
19 mediation is hereby extended to and including Wednesday, July 12, 2006.  The parties further
20 stipulation that the mediation will be scheduled for July 12, 2006.

21  ATTESTATION OF FILER CONCERNING SIGNATURE
22  In accordance with general Order No. 45, Section X, the filer of this document hereby
23 attests that concurrence in the filing of this document has been obtained from each of the
24 signatories listed below.

DORSEY & WHITNEY LLP

Dated:   June 2, 2006          By  /s/ Christy L. Bertram
                                   JUAN C. BASOMBRIO
                                   CHRISTY L. BERTRAM
                                   Attorneys for Plaintiff and Counter-defendant
                                   RENAISSANCE AMERICA, L.L.C.


THE BERNSTEIN LAW GROUP

Dated:   June 2, 2006          By  /s/ Marc N. Bernstein
                                   MARC N. BERNSTEIN
                                   SARAH BOTZ
                                   Attorneys for Defendant DYTEX, S.A. de C.V.
                                   and Defendant and Counter-claimant
                                   LANERA TEXTIL, S.A. de C.V.

~~PURSUANT TO STIPULATION, IT IS SO ORDERED~~.


~~Dated:~~ _____              _____
                                          ~~Hon. Maxine M. Chesney~~
                                          ~~United States District Judge~~


ORDER

An unspecified "scheduling conflict" does not constitute good cause to continue the mediation for more than a full month, particularly given the parties' stated intention to defer discovery until after completion of mediation and defendants' potential request to continue the trial date as a result thereof.

Accordingly, the stipulation extension is hereby DENIED.

Dated: June 7, 2006

                                          _____
                                          Hon. Maxine M. Chesney
                                          United States District Judge