1  JUAN C. BASOMBRIO (SBN 150703)
   CHRISTY L. BERTRAM (SBN 222296)
2  DORSEY & WHITNEY LLP
   38 Technology Drive
3  Irvine, CA 92618
   Telephone: (949) 932-3600
4  Facsimile:  (949) 932-3601

5  Attorneys for Plaintiff and Counter-
   Defendant RENAISSANCE
6  AMERICA, L.L.C.

7

8                    UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 RENAISSANCE AMERICA, L.L.C.,        )  CASE NO: C 05 04116
                                       )
12                  Plaintiff,         )
                                       )
13        v.                           )  **STIPULATION OF DISMISSAL WITH**
                                       )  **PREJUDICE AND ORDER**
14 LANERA TEXTIL, S.A. de C.V.; DYTEX, )
   S.A. de C.V.; and DOES 1 through 20,)
15 inclusive,                          )
                                       )
16                  Defendants.        )
                                       )
17 _____)
                                       )
18 LANERA TEXTIL, S.A. de C.V.,        )
                                       )
19                  Counter-claimant,  )
                                       )
20        v.                           )
                                       )
21 RENAISSANCE AMERICA, L.L.C.,        )
                                       )
22                  Counter-Defendant. )
                                       )
23 _____)

24        Plaintiff and Counter-Defendant, Renaissance America, LLC, and Defendant, Dytex, S.A.

25 de C.V., and Defendant and Counter-Claimant, Lanera Textil, S.A. de C.V. (collectively the

26 "Parties") hereby submit this Stipulation of Dismissal With Prejudice and Order, pursuant to

27 F.R.C.P. Rule 41(a)(1), stating as follows:

28        1.     The Parties have reached a settlement which resolves all claims in this action;

2.   Pursuant to F.R.C.P. 41(a)(1), Plaintiff Renaissance America, LLC and Counter-Claimant Lanera Textil, S.A. de C.V. hereby dismiss all of their claims for relief asserted in this action with prejudice;

3.   The Parties shall bear their own attorney's fees and costs.

DORSEY & WHITNEY LLP

Dated: August 11, 2006

By /s/ Christy L. Bertram
JUAN C. BASOMBRIO
CHRISTY L. BERTRAM
Attorneys for Plaintiff and Counter-Defendant,
RENAISSANCE AMERICA, L.L.C.

The Bernstein Law Group

Dated: August 11, 2006

By /s/ Marc Bernstein
MARC BERNSTEIN
Attorneys for Defendants, LANERA TEXTIL, S.A. de C.V. and DYTEX, S.A. de C.V., and Counter-Claimant, LANERA TEXTIL, S.A. de C.V.

IT IS SO ORDERED.

Dated: August 15, 2006

The Honorable Maxine M. Chesney
United States District Judge